Pepi SCHAFLER, Dr., Plaintiff–
Appellant,

v.

Scott D. FIELD, Esquire;  Reznick
Fedder & Silverman, Defendants–
Appellees.

No. 01–2118.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 15, 2002.

Decided Feb. 5, 2002.

Doctor Pepi Schafler, Appellant Pro Se. Kenneth Oestreicher, Whiteford, Taylor & Preston, Baltimore, Maryland, for Appellees.

Before WILKINS, MICHAEL, and GREGORY, Circuit Judges.

PER CURIAM.

Dr. Pepi Schafler appeals the district court's order granting the Appellees' motion to dismiss under Fed.R.Civ.P. 12(b)(6). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Schafler v. Field,* No. CA–01–984–AW (D. Md. filed Aug. 22, 2001; entered Aug. 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*